**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00180-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS DELGADILLO,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about April 3, 2019, in the State and District of Colorado, the defendant, JESUS DELGADILLO, knowingly possessed a machinegun, to wit, a Glock-style machine gun switch or conversion device, with an unknown model, an unknown manufacturer, and no serial number.

All in violation of Title 18, United States Code, Section 922(o).

### COUNT 2

On or about April 3, 2019, in the State and District of Colorado, the defendant, JESUS DELGADILLO, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

1

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Count 2 of this Indictment involving violations of Title 21, United States Code, Section 841(a), the defendant JESUS DELGADILLO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant.

3. Upon conviction of the violations alleged in Count 1, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the following: 1) a Glock-style machinegun switch or conversion device, with an unknown manufacturer, an unknown model, and no serial number; 2) a Glock, model 19x, 9mm semi-automatic pistol, serial number BKHH907; 3) a Smith and Wesson, model AR-15 style, 5.56mm, semi-automatic rifle, serial number TJ93077; and 4) the recovered ammunition.

4. If any of the property described in paragraphs 2 and 3 above, as a result

of any act or omission of the defendant:

      a)      cannot be located upon the exercise of due diligence;
      b)      has been transferred or sold to, or deposited with, a third party;
      c)      has been placed beyond the jurisdiction of the Court;
      d)      has been substantially diminished in value; or
      e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                        A TRUE BILL:

                                        Ink Signature on File in Clerk's Office
                                          FOREPERSON

JASON R. DUNN
United States Attorney


By: *s/ Kelly Winslow*
Kelly Winslow
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: kelly.winslow@usdoj.gov
Attorney for Government